UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JONATHAN J. FRANK<br>D.O.C. # 329734 | : | CIVIL ACTION NO. 2:18-cv-1469 |
| VERSUS | : | JUDGE SUMMERHAYS |
| DARREL VANNOY | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 4] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus be **DENIED** and **DISMISSED WITHOUT PREJUDICE**. The clerk is directed to file the petition as an amended complaint in *Frank v. Vannoy*, No. 2:18-cv-1432.

**THUS DONE AND SIGNED** in Chambers this 10th day of December, 2018.

ROBERT R SUMMERHAYS
UNITED STATES DISTRICT JUDGE